Wilsman v Benderson Dev. Co., LLC
2026 NY Slip Op 04131
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

KATHRYN WILSMAN, PLAINTIFF-RESPONDENT,
v
BENDERSON DEVELOPMENT COMPANY, LLC, TRANCOM LLC, TRANCOM-A, LLC, TRANCOM-B, LLC, DEFENDANTS-RESPONDENTS, ACCADIA SITE CONTRACTING, INC., DEFENDANT-APPELLANT, ET AL., DEFENDANTS, (APPEAL NO. 1.)

Decided on June 26, 2026
MOTION NOS. (116-118/26) CA 24-01429, CA 25-00340, AND CA 25-
Present: Bannister, J.P., Montour, Nowak, And Delconte, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motions for reargument or leave to appeal to the Court of Appeals denied.